1   **VICTOR N. PIPPINS**
    California State Bar No. 251953
2   **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
    225 Broadway, Suite 900
3   San Diego, California 92101-5030
    Telephone No. (619) 234-8467
4   Email: Victor_Pippins@fd.org

5   Attorneys for Mr. Mayorga-Arrecis

6

7

8                         UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )    CASE NO. 08MJ0118
                                       )
11            Plaintiff,               )
                                       )
12  v.                                 )    **NOTICE OF APPEARANCE**
                                       )
13  EDGAR MAYORGA-ARRECIS,             )
                                       )
14            Defendant.               )
                                       )
15  _____)

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  notice is hereby given by VICTOR N. PIPPINS, that I am replacing SHAFFY MOEEL as counsel in this

19  case.

20                                          Respectfully submitted,

21

22  Dated: January 18, 2008                 */s/ Victor N. Pippins*_____
                                            Federal Defenders of San Diego, Inc.
23                                          Attorneys for Defendant
                                            Victor_Pippins@fd.org
24

25

26

27

28

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  January 18, 2008                    _/s/ Victor N. Pippins_____
                                            Federal Defenders of San Diego, Inc.
                                            225 Broadway, Suite 900
                                            San Diego, CA  92101-5030
                                            (619) 234-8467  (tel)
                                            (619) 687-2666  (fax)
                                            Victor_Pippins@fd.org email