AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| EDGAR MAYORGA-ARRECIS,<br>　　aka Edward Mayorea-Ramirez,<br>　　aka Raul Mendoza-Gomez | CASE NUMBER: 08 CR 380-WQH<br>08 MJ 0118 |

I, __EDGAR MAYORGA-ARRECIS__ , the above named defendant, who is accused of committing the following offense:

　　Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2/14/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

　　　　　　　　　　　　　　　　　　　　　　　__/s/ Edgar Mayorga__
　　　　　　　　　　　　　　　　　　　　　　　Defendant

　　　　　　　　　　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant

Before __/s/_____
　　　　JUDICIAL OFFICER